1  Benjamin L. Ratliff, Esq.    Bar No. 113708

2  THE LAW FIRM OF
   WEAKLEY, RATLIFF,
3  ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
4  Fresno, California  93710

5  Telephone: (559) 221-5256
   Facsimile:  (559) 221-5262

6

7  Attorneys for Defendants, Dave Smith, Clovis Police Department; Jim Koch, Corporal, Clovis Police Department; Betty Cochran, Clovis Animal Control Officer; Shawn Knapp, Clovis Animal Control Officer; Steve Baker, Clovis Code Enforcement Officer; Ken Baxter, Clovis Code Enforcement Officer; City of Clovis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE ANDERSON; DONA CLOUD; | CASE NO. 1:06-CV-01795 OWW-SMS |
| Plaintiffs, | **STIPULATION AND ORDER FOR NEW TRIAL DATE** |
| vs. | |
| DAVE SMITH, CLOVIS POLICE DEPARTMENT; JIM KOCH, CORPORAL, CLOVIS POLICE DEPARTMENT; BETTY COCHRAN, CLOVIS ANIMAL CONTROL OFFICER; SHAWN KNAPP, CLOVIS ANIMAL CONTROL OFFICER; STEVE BAKER, CLOVIS CODE ENFORCEMENT OFFICER; KEN BAXTER, CLOVIS CODE ENFORCEMENT OFFICER; CITY OF CLOVIS; DOES 1-20; | |
| Defendants. | Complaint Filed:    April 3, 2007 |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL to continue the trial date and the scheduling conference order as follows:

| | Current Date | New Date |
|---|---|---|
| Settlement Conference at 10:00 a.m. Ctrm. 7 | January 6, 2009 | April 7, 2009 |
| Discovery Cutoff | September 25, 2008 | January 8, 2009 |
| Non-Dispositive Motion Filing | October 9, 2008 | January 15, 2009 |

Stipulation & Order re Trial Date

| | | |
|---|---|---|
| Non-Dispositive Motion Hearing: | October 28, 2008<br>9:00 Crtm. 7 | January 23, 2009<br>9:00 Crtm. 7 |
| Dispositive Motion Filing: | November 5, 2008 | February 11, 2009 |
| Dispositive Motion Hearing | December 8, 2008<br>10:00 Crtm. 3 | March 9, 2009<br>10:00 Crtm. 3 |
| Joint Report: | January 19, 2009 | April 13, 2009 |
| Pre-Trial Conference: | February 9, 2009<br>11:00 Crtm. 3 | May 4, 2009<br>11:00 Crtm. 3 |
| Trial: | March 24, 2009<br>9:00 a.m. in Ctrm. 3 | June 23, 2009<br>9:00 in Ctrm. 3 |

The parties respectfully submit that the foregoing changes are necessary in order to permit the completion of non-expert and expert discovery, and to avoid scheduling conflicts.

Dated: September 22, 2008

By: /s/ James C. Holland
James C. Holland, Attorney for
Plaintiffs.Diane Anderson and Dona Cloud

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

Dated: September 22, 2008   By: /s/ Benjamin L. Ratliff
Benjamin L. Ratliff
Attorneys for Defendants

ORDER

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

**Dated:   September 23, 2008**        /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Stipulation & Order re Trial Date                 2