1  DerBenjamin L. Ratliff, Esq.  Bar No. 113708

2      LAW OFFICES OF
    BENJAMIN L. RATLIFF
3      1100 West Shaw Avenue, Suite 124
    Fresno, California   93711

4

    Telephone: (559) 227-2166
5      Facsimile:  (559) 227-0846

6  Attorneys for Defendants, Dave Smith, Clovis Police Department; Jim Koch, Corporal, Clovis Police Department; Betty Cochran, Clovis Animal Control Officer; Shawn Knapp, Clovis Animal Control Officer; Steve Baker, Clovis Code Enforcement Officer; Ken Baxter, Clovis Code Enforcement Officer; City of Clovis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE ANDERSON; DONA CLOUD;<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVE SMITH, CLOVIS POLICE DEPARTMENT; JIM KOCH, CORPORAL, CLOVIS POLICE DEPARTMENT; BETTY COCHRAN, CLOVIS ANIMAL CONTROL OFFICER; SHAWN KNAPP, CLOVIS ANIMAL CONTROL OFFICER; STEVE BAKER, CLOVIS CODE ENFORCEMENT OFFICER; KEN BAXTER, CLOVIS CODE ENFORCEMENT OFFICER; CITY OF CLOVIS; DOES 1-20;<br><br>    Defendants.<br>_____ | CASE NO. 1:06-CV-01795 OWW-SMS<br><br>**STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING CONFERENCE ORDER AND SETTING NEW TRIAL DATE**<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed:     April 3, 2007 |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL to continue the trial date and the scheduling conference order as follows:

| | Current Date | New Date |
|---|---|---|
| Settlement Conference at 10:00 a.m. Ctrm. 7 | April 7, 2009 | July 7, 2009 |
| Discovery Cutoff | January 8, 2009 | April 8, 2009 |
| Non-Dispositive Motion Filing | January 15, 2009 | March 16, 2009 |

_____
Stipulation & Order Re Trial Date

| | | | |
|---|---|---|---|
| 1 | Non-Dispositive Motion Hearing: | January 23, 2009<br>9:00 Crtm. 7 | April 24, 2009<br>9:00 Crtm. 7 |
| 2 | Dispositive Motion Filing: | February 11, 2009 | May 11, 2009 |
| 3 | Dispositive Motion Hearing | March 9, 2009<br>10:00 Crtm. 3 | June 15, 2009<br>10:00 Crtm. 3 |
| 5 | Joint Report: | April 13, 2009 | July 13, 2009 |
| 6 | Pre-Trial Conference: | May 4, 2009<br>11:00 Crtm. 3 | August 3, 2009<br>11:00 Crtm. 3 |
| 7 8 | Trial: | March 24, 2009<br>9:00 a.m. in Ctrm. 3 | September 22, 2009<br>9:00 in Ctrm. 3 |

The parties respectfully submit that the foregoing changes are necessary in order to permit the completion of non-expert and expert discovery, and to avoid scheduling conflicts.

Dated: January 8 , 2009

By: /s/ James C. Holland
_____
James C. Holland, Attorney for
Plaintiffs.Diane Anderson and Dona Cloud

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

Dated: January 8 , 2009     By: /s/ Benjamin L. Ratliff
_____
Benjamin L. Ratliff
Attorneys for Defendants

## ORDER

DENIED per order docket No. 20.
     IT IS SO ORDERED.

**Dated:   January 9, 2009**          **/s/ Oliver W. Wanger**
                              UNITED STATES DISTRICT JUDGE

Stipulation & Order Re Trial Date              2