Benjamin L. Ratliff, Esq.     Bar No. 113708

LAW OFFICES OF
BENJAMIN L. RATLIFF
1100 West Shaw Avenue, Suite 124
Fresno, California  93711

Telephone: (559) 227-2166
Facsimile:  (559) 227-0846

Attorneys for Defendants, Dave Smith, Clovis Police Department; Jim Koch, Corporal, Clovis Police Department; Betty Cochran, Clovis Animal Control Officer; Shawn Knapp, Clovis Animal Control Officer; Steve Baker, Clovis Code Enforcement Officer; Ken Baxter, Clovis Code Enforcement Officer; City of Clovis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE ANDERSON; DONA CLOUD;<br><br>     Plaintiffs,<br><br>vs.<br><br>DAVE SMITH, CLOVIS POLICE DEPARTMENT; JIM KOCH, CORPORAL, CLOVIS POLICE DEPARTMENT; BETTY COCHRAN, CLOVIS ANIMAL CONTROL OFFICER; SHAWN KNAPP, CLOVIS ANIMAL CONTROL OFFICER; STEVE BAKER, CLOVIS CODE ENFORCEMENT OFFICER; KEN BAXTER, CLOVIS CODE ENFORCEMENT OFFICER; CITY OF CLOVIS; DOES 1-20;<br><br>     Defendants.<br>_____ | CASE NO. 1:06-CV-01795 OWW-SMS<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed:     April 3, 2007 |

Pursuant to Eastern District Local Rule 83.182, defendants Dave Smith, Clovis Police Department, Jim Koch, Corporal, Betty Cochran, Clovis Animal Control Officer, Shawn Knapp, Clovis Animal Control Officer, Steve Baker, Clovis Code Enforcement Officer, Ken Baxter, Clovis Code Enforcement Officer, City of Clovis, make the following substitution of attorneys:

     Former Attorneys:     Benjamin L. Ratliff, Esq.
                           WEAKLEY, RATLIFF, ARENDT & McGUIRE
                           1630 East Shaw Avenue, Suite 176
                           Fresno, California 93710
                           Telephone: (559) 221-5256
                           Fax: (559) 221-5262
                           E-Mail: ben@wrlaw.com

---

Substitution of Attorneys and Order

| | |
|---|---|
| New Attorneys: | Benjamin L. Ratliff, Esq.<br>LAW OFFICES OF BENJAMIN L. RATLIFF<br>1100 West Shaw Avenue, Suite 124<br>Fresno, California 93711<br>Telephone: (559) 221-2166<br>Fax: (559) 227-0846<br>E-Mail: ben@blratlifflaw.com |

Consent to and acceptance of this submission are set forth below.

I consent to this substitution.

DATED:   January 5, 2009.

By: /s/ Jeff Cardell
Jeff Cardell, City of Clovis

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

DATED: January 9 , 2009.    By: /s/ Benjamin L. Ratliff
Benjamin L. Ratliff
Attorneys for Defendants

LAW OFFICES OF BENJAMIN L. RATLIFF

DATED: January 9, 2009.    By: /s/ Benjamin L. Ratliff
Benjamin L. Ratliff
Attorney for Defendants

## ORDER

GOOD CAUSE APPEARING,
IT IS SO ORDERED.

**Dated:   January 12, 2009**             /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

---
Substitution of Attorneys and Order              2