Benjamin L. Ratliff    Bar No. 113708
James T. Binion    Bar No. 258346

**LAW OFFICES OF
BENJAMIN L. RATLIFF**
1100 West Shaw Avenue, Suite 124
Fresno, California 93711

Telephone: (559) 227-2166
Facsimile: (559) 227-0846

Attorneys for Defendants, Dave Smith, Clovis Police Department; Jim Koch, Corporal, Clovis Police Department; Betty Cochran, Clovis Animal Control Officer; Shawn Knapp, Clovis Animal Control Officer; Steve Baker, Clovis Code Enforcement Officer; Ken Baxter, Clovis Code Enforcement Officer; City of Clovis

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ANDERSON; DONA CLOUD, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVE SMITH, CLOVIS POLICE DEPARTMENT; JIM KOCH, CORPORAL, CLOVIS POLICE DEPARTMENT; BETTY COCHRAN, CLOVIS ANIMAL CONTROL OFFICER; SHAWN KNAPP, CLOVIS ANIMAL CONTROL OFFICER; STEVE BAKER, CLOVIS CODE ENFORCEMENT OFFICER; KEN BAXTER, CLOVIS CODE ENFORCEMENT OFFICER; CITY OF CLOVIS; DOES 1-20; <br><br> Defendants. | CASE NO. 1:06-CV-01795 OWW-SMS <br><br> **ORDER GRANTING EX PARTE APPLICATION TO MODIFY SCHEDULING CONFERENCE DATES** <br><br> **TRIAL DATE: June 23, 2009** |

    The court having read and considered the joint ex parte application by the parties requesting modification of the scheduling conference dates and good cause appearing therefore,

    IT IS HEREBY ORDERED that the scheduling conference dates be modified as follows:

| | | |
|---|---|---|
| Dispositive Motion Filing: | February 11, 2009 | May 11, 2009 |
| Dispositive Motion Hearing: | March 9, 2009 <br> 10:00 a.m. Crtm. 3 | June 15, 2009 <br> 10:00 a.m. Crtm. 3 |
| Joint Report: | April 13, 2009 | July 13, 2009 |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | | |
|---|---|---|---|
| 1 | Pre-Trial Conference: | May 4, 2009<br>11:00 a.m. Ctrm. 3 | August 3, 2009<br>11:00 a.m. Ctrm. 3 |
| 2 | | | |
| 3 | Trial: | June 23, 2009<br>9:00 a.m. in Ctrm. 3 | September 22, 2009<br>9:00 a.m. in Ctrm. 3 |

Trial date is firmly set. No further continuances.
IT IS SO ORDERED.

Dated: __April 14, 2009_____     __/s/ OLIVER W WANGER_____
U.S. District Court Judge
Oliver W. Wanger

2

PDF created with pdfFactory trial version www.pdffactory.com