Benjamin L. Ratliff     Bar No. 113708
James T. Binion          Bar No. 258346

**LAW OFFICES OF**
**BENJAMIN L. RATLIFF**
1100 West Shaw Avenue, Suite 124
Fresno, California  93711

Telephone: (559) 227-2166
Facsimile:  (559) 227-0846

Attorneys for Defendants, Dave Smith, Clovis Police Department; Jim Koch, Corporal, Clovis Police Department; Betty Cochran, Clovis Animal Control Officer; Shawn Knapp, Clovis Animal Control Officer; Steve Baker, Clovis Code Enforcement Officer; Ken Baxter, Clovis Code Enforcement Officer; City of Clovis

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ANDERSON; DONA CLOUD,<br><br>             Plaintiffs,<br><br>       vs.<br><br>DAVE SMITH, CLOVIS POLICE DEPARTMENT; JIM KOCH, CORPORAL, CLOVIS POLICE DEPARTMENT; BETTY COCHRAN, CLOVIS ANIMAL CONTROL OFFICER; SHAWN KNAPP, CLOVIS ANIMAL CONTROL OFFICER; STEVE BAKER, CLOVIS CODE ENFORCEMENT OFFICER; KEN BAXTER, CLOVIS CODE ENFORCEMENT OFFICER; CITY OF CLOVIS; DOES 1-20;<br><br>             Defendants. | CASE NO.  1:06-CV-01795 OWW-SMS<br><br>**ORDER GRANTING**<br>**EX PARTE APPLICATION TO MODIFY**<br>**SCHEDULING CONFERENCE DATES**<br><br>**TRIAL DATE:  September 22, 2009** |

The court having read and considered the joint ex parte application by the parties requesting modification of the scheduling conference dates and good cause appearing therefore,

IT IS HEREBY ORDERED that the scheduling conference dates be modified as follows:

| | | |
|---|---|---|
| Joint Report: | July 13, 2009 | August 3, 2009 |
| Pre-Trial Conference: | August 3, 2009<br>11:00 a.m. Ctrm. 3 | August 31, 2009<br>11:00 a.m. Ctrm. 3 |

1

| Trial: | September 22, 2009<br>9:00 a.m. in Ctrm. 3 | October 20, 2009<br>9:00 a.m. in Ctrm. 3 |
|---|---|---|

IT IS SO ORDERED.

Dated: 7/9/2009                                         /s/ OLIVER W. WANGER
                                                                  U.S. District Court Judge
                                                                  Oliver W. Wanger